UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SILVER STATE REFRIGERATION & HVAC LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GERALD KOSLOW, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:14-cv-00968-APG-GWF<br><br>**JUDGMENT** |

　　　On January 20, 2015, I denied defendants' petition to reopen this case, and I allowed plaintiff to file an affidavit of fees and costs incurred in connection with defendants' ill-fated motion. (Dkt. #24.)  Plaintiff filed its memorandum and affidavit requesting $137.50 in fees and costs. (Dkt. #25.)  Defendants' counsel moved to extend the time to respond to that memorandum (Dkt. #26), which I denied.  Good cause appearing,

　　　JUDGMENT IS HEREBY ENTERED in favor of plaintiff Silver State Refrigeration & HVAC LLC and against the defendants, jointly and severally, in the amount of $137.50.  Defendants shall pay that amount to plaintiff within 30 days of entry of this Judgment.  This Judgment shall bear interest from the date of entry of judgment until paid in full.

　　　Dated: January 30, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE